**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————

**No. 08-2016**

—————

DAVID E. HENDERSON,

              Plaintiff – Appellant,

          v.

BUREAU OF ALCOHOL, FIREARMS, TOBACCO & EXPLOSIVES; BUREAU OF
IMMIGRATION AND CUSTOMS ENFORCEMENT; DEPARTMENT OF HOMELAND
SECURITY; JUDGE MULKASEY, United States Department of
Justice; ROBERT MUELLER, Federal Bureau of Investigation,

              Defendants – Appellees.

—————

Appeal from the United States District Court for the District of
Maryland, at Baltimore.   William D. Quarles, Jr., District
Judge.  (1:08-cv-1845-WDQ)

—————

Submitted:  December 11, 2008      Decided:  December 15, 2008

—————

Before NIEMEYER, DUNCAN, and AGEE, Circuit Judges.

—————

Dismissed by unpublished per curiam opinion.

—————

David E. Henderson, Appellant Pro Se.

—————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

David E. Henderson appeals the district court's order granting his request to proceed in forma pauperis but dismissing this case as patently frivolous under 28 U.S.C. § 1915(e)(2)(B) (2000). We have reviewed the record and find that this appeal is frivolous. Accordingly, we dismiss the appeal for the reasons stated by the district court. Henderson v. Bureau of Alcohol, Firearms, Tobacco & Explosives, No. 1:08-cv-01845-WDQ (D. Md. Aug. 29, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED